IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| DANALY COOMES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| ESURANCE INSURANCE COMPANY | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

COMES NOW, Defendant Esurance Insurance Services, Inc., Improperly named Esurance Insurance Company ("Esurance" and/or "Defendant"), and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal, showing the Court as follows:

1. On December 20, 2024, Plaintiff Danaly Coomes ("Plaintiff") filed suit against Esurance in the State Court Hamilton County, Tennessee, bearing Civil Action Number 24C1331 (the "State Action").

2. Plaintiff is a resident of Hamilton County, Tennessee. *See* Ex. A ¶ 1.

3. The Summons, Complaint, and Amended Complaint in the State Action are attached hereto as **Exhibit A**.

4. Esurance was named as a defendant in the State Action. *See generally* Ex. A.

5. Esurance is a foreign corporation, incorporated in the State of Illinois, with its principal place of business in Illinois. *See* Ex. A. ¶ 2.

6. To date, Esurance has yet to be served properly with a summons and Complaint.

1

7. Although neither the Amended Complaint nor the original Complaint contain an ad damnum, the amount in controversy exceeds $75,000.00 because the Plaintiff has indicated in correspondence he seeks at least $86,083.01 for allegedly necessary repairs related to alleged property damage Plaintiff claims should be covered under applicable insurance policies with Esurance.

8. Therefore, this Court has jurisdiction over the Parties and over this case under 28 U.S.C. § 1332(a) as there is complete diversity of citizenship between the Parties and the amount in Controversy exceeds $75,000, 000.

9. Esurance now removes to this Court all claims asserted by Plaintiff in this action.

10. Now, within the appropriate time period prescribed by the Federal Rules of Civil Procedure and after demonstrating the amount in controversy exceeds $75,000.00 and the Parties are diverse, Esurance hereby gives notice to Plaintiff, in accordance with 28 U.S.C. § 1446 and pursuant to Rule 11 of the Federal Rules of Civil Procedure, of the removal of said action to this Court.

11. Copies of all documents filed in the State Action are attached hereto for the Court's reference.

12. To the best of the undersigned's knowledge, information, and belief, and after reasonable inquiry, this Notice of Removal is well grounded in fact and it warranted by existing law, and has not been interposed for any improper purpose, such as to harass, cause unnecessary delay, or a needless increase in the cost of litigation.

*{Signatures on Following Page}*

Respectfully submitted this 15th day of May, 2025.

                                        **COPELAND, STAIR, VALZ & LOVELL, LLP**

                                        *s/ Angela C. Kopet*
                                        ANGELA CIRINA KOPET, BPR 017921
                                        735 Broad Street, Suite 1100
                                        Chattanooga, TN 37402
                                        Phone: 423-713-7075
                                        Fax: 423-648-2283
                                        akopet@csvl.law

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and exact copy of the foregoing document has been served upon counsel for the Plaintiff by placing a true and exact copy of said document in the United States Mail with sufficient postage thereupon to carry the same to its destination and via electronic mail, addressed as follows:

Sear R. Aiello, Esq.
SCHELL & OGLESBY, LLC
509 New Highway 96 West, Suite 201
Franklin, TN 37064
saiello@franklin.legal
*Counsel for Plaintiff*

This 15th day of May, 2025.

                                        **COPELAND, STAIR, VALZ & LOVELL, LLP**

                                        *s/ Angela C. Kopet*

3
Case 1:25-cv-00161-CHS    Document 1    Filed 05/15/25    Page 3 of 3    PageID #: 3